**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7733

FRANCIS J. GREEN, JR.,

Plaintiff - Appellant,

versus

MR. DEAN; MR. BAKER; MS. O'NEILL; MS. COOPER;
EARL BESHEARS, Warden; LIEUTENANT PICKETT;
LIEUTENANT WARD,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-96-3262-S)

Submitted: June 12, 1997                    Decided: June 17, 1997

Before WIDENER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Francis J. Green, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a Maryland inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915(A) (West 1994 & Supp. 1997).[*] We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Green v. Dean, No. CA-96-3262-S (D. Md. Oct. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order cites to § 1915(e), the authority for the district court's dismissal is found at § 1915(A).